# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | * |
| | *   Case No.: 14-03155 MAM |
| Anita Dailey | * |
| | *   Chapter 13 |
| DEBTOR | * |

## OBJECTION TO PROOF OF CLAIM

Pursuant to Local Standing Order, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files a written objection within **30** days from the date of service of this paper. If you object to the relief requested in this paper, you must file your **written** objection stating the specific ground or grounds on which your objection is based with the Clerk of the Court at 201 St. Louis Street, Mobile, Alabama, 36604, and serve a copy on the movant's attorney Underwood & Riemer, P.C., 166 Government Street, Suite 100, Mobile, Alabama 36602, and any other appropriate persons. **If you file and serve a written objection stating the specific ground or grounds on which your objection is based within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a proper written objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

COMES NOW the Debtor, Anita Dailey, by and through her undersigned counsel, and objects to the following claim as follows:

| Creditor | Claim Number | Claim Amount | Reason for Objection |
|---|---|---|---|
| CERASTES, LLC | 13 | $300.00 | Claim does not contain supporting documentation. |

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully requests this Court to reduce the unsecured general claim to $0.00 and for such other and different relief as the Debtor may be entitled.

/s/ James D. Patterson
James D. Patterson, Esq.
Underwood & Riemer, PC
166 Government Street, Suite 100
Mobile, Alabama 36602
Telephone: (251) 432-9212
Email: jpatterson@alalaw.com

# CERTIFICATE OF SERVICE

   I hereby certify that on February 18, 2015, I have served a true and correct copy of the foregoing upon Daniel B. O'Brien, Chapter 13 Trustee, and the following via electronic service or by placing a copy of same in the United States Mail, first class prepaid to the following:

CERASTES, LLC
C O WEINSTEIN, PINSON AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

               /s/ James D. Patterson
               James D. Patterson, Esq.